UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 14-24914-CIV-MARTINEZ-GOODMAN**

ASDRUBAL RAFAEL RAMOS and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

SOUTH MIAMI PARTY RENTAL, INC.,
RUBBY S. MANOTAS, JOSE V. VIDAL
MANOTAS,

    Defendant.
_____/

## ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE

THIS CAUSE came before the Court upon the Plaintiffs' Motion for Default by the court as to Defendant South Miami Party Rental, Inc. [ECF No. 27]. Upon review of the record, it appears that Defendant South Miami Party Rental, Inc. ("Defendant") has failed to comply with this Court's Order Granting Withdrawal of Counsel and Requiring Defendants to File Notice [ECF No. 24] in which the Court ordered Defendant to retain new counsel on or before March 11, 2015, or risk entry of default. Therefore, it is:

**ORDERED AND ADJUDGED** that

    1.    Default **SHALL** be entered against Defendant South Miami Rental, Inc.

    2.    Plaintiffs shall send a copy of the motion for default judgment and of this Order to Defendant. Plaintiff must file a certification on the record indicating that notice was sent and the address to where it was sent. Failure to comply will result in dismissal of this action without prejudice as to Defendant South Miami Party Rental, Inc.

3. If Defendant fails to retain counsel who then moves to set aside this default on or before **March 27, 2015**, default final judgment may be entered. Simply put for individuals without an attorney, if Defendant does not send an objection to the Clerk of Court before the above deadline, then Plaintiffs may be able to take Defendant's property or money.

4. If Plaintiffs fail to file a motion for default final judgment as to Defendant South Miami Party Rental, Inc. on or before **March 27, 2015**, including supporting documentation necessary for the Court to determine the measure of damages and enter default final judgment, including attorney's fees and costs, the action will be dismissed without prejudice as to Defendant South Miami Party Rental, Inc.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of March, 2015.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record