UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



ASDRUBAL RAFAEL RAMOS, NAHUM
MIGUEL RAMOS HERNANDEZ, and all
Others similarly situated under 29 U.S.C. 216 (b)

Plaintiff(s),

CASE NO. 14-24914-JEM

vs.

SOUTH MIAMI PARTY RENTAL, INC.,
RUBBY S. MANOTAS, JOSE V. VIDAL MANOTAS,

Defendant,

_____/

## SUGGESTION OF BANKRUPTCY

Comes now the Defendant, Jose Vidal Manotas, would show the Court:

1. He has filed a petition for relief under Chapter 13 United States Code, in the United States Bankruptcy Court for the Southern District of Florida, which bears the case number 15-_19147-AJC_

2. Relief was ordered on May 19, 2015.

3. The right to a discharge has not been determined by the Bankruptcy Court, nor has a discharge been denied or waived.

4. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on property of the estate.

Wherefore, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. Section 362.

Atty Mary Reyes
Bar # 120006

_____
Jose Vidal Manotas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Suggestion of Bankruptcy was mailed this 20th day of May 2015 to K. David Kelly, J.H. Zidell, PA 300 71st St, Suite 605 Miami Beach, FL 33141.

Atty Mary Reyes
Bar # 120006

_____
Jose Vidal Manotas