UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 14-24914-CIV-MARTINEZ-GOODMAN**

ASDRUBAL RAFAEL RAMOS and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

SOUTH MIAMI PARTY RENTAL, INC.,
RUBBY S. MANOTAS, JOSE V. VIDAL
MANOTAS,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL DEFAULT JUDGMENT ONLY AS TO DEFENDANTS SOUTH MIAMI PARTY RENTAL, INC. AND PARTY RENTAL MIAMI EVENTS CORP., FOR CLAIMS, AND FOR ENLARGEMENT OF TIME TO FILE ONE MOTION REGARDING FEES AND COSTS INCLUDING FUTURE FEES REGARDING COLLECTION OF DEFAULT AT THE CONCLUSION OF THE CASE**

THIS CAUSE came before the Court upon Plaintiffs' Motion for Final Default Judgment Only as to Defendants south Miami Party Rental, Inc., and Party Rental Miami Events Corp., for claims, and for Enlargement of Time to File One Motion Regarding Fees and Costs Including Future Fees Regarding Collection of Default at the Conclusion of the Case [ECF No. 55]. The Court has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. On May 29, 2015, the Court ordered Defendants South Miami Party Rental, Inc. and Party Rental Miami Events Corp. ("Defendants") to retain new counsel, and file a notice of appearance reflecting as such on or before June 12, 2015. [ECF No. 53]. The deadline for doing so has passed, and Defendants have failed to retain new counsel. A

corporation must be represented by counsel and cannot proceed *pro se*. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). The Court instructed that failure to comply with its Order would result in default against Defendants without further notice. Accordingly, it is

**ADJUDGED** that Plaintiffs' Motion for Final Default Judgment Only as to Defendants South Miami Party Rental, Inc., and Party Rental Miami Events Corp., for Claims, and for Enlargement of Time to File One Motion Regarding Fees and Costs Including Future Fees Regarding Collection of Default at the Conclusion of the Case [ECF No. 55] is **GRANTED** as set forth herein.

Judgment is hereby entered in favor of Plaintiffs Asdrubal Rafael Ramos, Nahum Miguel Ramos Hernandez and all others similarly situated under 29 U.S.C. 216(b) ("Plaintiffs") and against Defendants South Miami Party Rental, Inc. and Party Rental Miami Events Corp.

It is further

**ADJUDGED** that Plaintiff shall recover from Defendants compensatory damages in the amount of **$48,083.74** ($8,506.14 to Plaintiff Nahum Miguel Ramos Hernandez and $39,577.60 to Plaintiff Asdrubal Rafael Ramos). Interest shall accrue on this judgment pursuant to 28 U.S.C. §1961. For which sum let execution issue.

It is further

**ORDERED AND ADJUDGED** that Plaintiff's counsel may apply for fees and costs against Defendants South Miami Party Rental, Inc. and Party Rental Miami Events Corp. At the conclusion of the case against all Defendants, which sum shall be determined by the Court at the conclusion of this matter and said sum shall bear interest at the legal rate from the date of this judgment onward and for which sum let execution issue. The total amount of reasonable

attorneys' fees to be awarded in collection of the default judgment will be determined by the Court. It is further

**ORDERED AND ADJUDGED** that this case is **STAYED** pending the resolution of Defendants Rubby S. Manotas and Jose V. Vidal Manotas's bankruptcy proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of June, 2015.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record